NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY R. PETROZZI,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1004

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00696-PSH, Judge Philip S. Hadji.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Timothy R. Petrozzi appeals from the final judgment of the United States Court of Federal Claims dismissing his Complaint and certifying that any appeal would not be taken in good faith and moves for leave to proceed *in forma pauperis*.  In response to this court's show cause order, the United States moves to summarily affirm.  ECF No. 11. Mr. Petrozzi submits a "declaration" and opening brief.

This is the latest in Mr. Petrozzi's series of suits attempting to relitigate his prior state criminal proceedings and resulting involuntary medication order. In January 2025, this court summarily affirmed the Court of Federal Claims's lack-of-jurisdiction dismissal of his complaint alleging medical and legal malpractice, genocide, civil rights violations, and violations of the Third and Eighth Amendments to the United States Constitution. *Petrozzi v. United States*, No. 2025-1041, 2025 WL 66200 (Fed. Cir. Jan. 10, 2025).

Undeterred, Mr. Petrozzi again filed suit in the Court of Federal Claims in April 2025 raising essentially the same allegations against the same federal and state government entities and officials. That court again dismissed for the same reasons it dismissed his earlier claims and because the claims were barred by issue preclusion. The court certified under 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith. Nonetheless, this appeal followed.

Summary affirmance is appropriate because there is no "substantial question regarding the outcome" of the appeal. *Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994) (citation omitted). As relevant here, the jurisdiction of the Court of Federal Claims is limited to monetary damages claims against the United States that do not sound in tort. 28 U.S.C. § 1491. For the same reasons that this court explained to Mr. Petrozzi in his prior appeal, the Court of Federal Claims was clearly correct that Mr. Petrozzi's claims here fall outside its jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The United States's motion is granted. The judgment of the United States Court of Federal Claims is summarily affirmed.

(2) All other pending motions are denied.

PETROZZI v. US                                                                 3

(3)  Each side shall bear its own costs.

FOR THE COURT



January 30, 2026
Date

Jarrett B. Perlow
Clerk of Court